UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

HOWARD COHAN,

    Plaintiff,

v.                                          CASE NO. 8:14-cv-3130-T-23MAP

ELENA LABRICCIOSA, et al.,

    Defendants.
_____/

**ORDER**

    The plaintiff announces (Doc. 4) a voluntary dismissal.  Under Rule 41(a)(1)(A)(i), Federal Rules of Civil Procedure, the claims against the defendant are **DISMISSED WITHOUT PREJUDICE**.  The clerk is directed to terminate any pending motion and to close the case.

    ORDERED in Tampa, Florida, on March 25, 2015.

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE